W. A. ALLEN, *et al.*, v. JOHN C. DOUGLASS, *as Guardian, &c.*

ACTION in ejectment, brought by *John C. Douglass*, as guardian, etc., against *W. A. Allen* and others, in the district court of Jackson county. The petition and answer were the same as in the preceding case, differing only in the description of the premises. In this case the alleged error arises upon an order of the court at the March Term, 1882, dismissing the action on motion of the plaintiff.

*John S. Hopkins*, for plaintiffs in error.

*John C. Douglass*, defendant in error, for himself.

*Per Curiam*: The judgment in this case is affirmed, on the authority of *McVey v. Burns*, 14 Kas. 291; Civil Code, § 397, ¶ 1; id., § 398.